IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-CV-212-FDW-SCR

| | |
|---|---|
| Ty McBride and Mason Lane Entertainment LLC<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Hank Sacks; Partisan Arts, Inc., and Selmona LLC<br><br>　　　　　　Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT PARTISAN ARTS, INC.** |

　　　　**NOW COMES** the undersigned counsel for Defendant Partisan Arts, Inc., and gives notice that Laura G. Brook, Esq. of the law firm Hall Booth Smith, P.C. is substituted as counsel of record in place of David L. Levy, Esq. and Kristy M. D'Ambrosio, Esq. for said Defendant. All further pleadings, orders, and notices should be sent to substitute counsel at the following address:

Laura G. Brook
Hall Booth Smith P.C.
11215 North Community House Road, Suite 750
Charlotte, NC 28277
T: 980.859.0380
F: 678.539.1507
LBrook@hallboothsmith.com

**SIGNATURE PAGE TO FOLLOW:**

This the 4th day of April, 2024.

                                      **HALL BOOTH SMITH, P.C.**

                                      */s/ Laura G. Brook*

                                      KATHERINE DANDY
NC State Bar No. 58559
LAURA G. BROOK
NC State Bar No. 53761
*Attorneys for Defendant Partisan Arts, Inc.*
11215 North Community House Rd.,
Suite 750
Charlotte, NC 28277
Phone: (980) 859-0380
Fax:     (678) 539-1601
KDandy@hallboothsmith.com
LBrook@hallboothsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** was filed electronically with the Clerk of Court using the CM/ECF system and was served electronically upon the parties below:

>Benjamin Chesson
>Anna C. Majestro
>Allen, Chesson & Grimes PLLC
>505 N. Church Street
>Charlotte, NC 28202
>bchesson@allenchesson.com
>amajestro@allenchesson.com
>*Attorneys for Plaintiffs*

This the 4th day of April, 2024.

**HALL BOOTH SMITH, P.C.**

*/s/ Laura G. Brook*

KATHERINE DANDY
NC State Bar No. 58559
LAURA G. BROOK
NC State Bar No. 53761
*Attorneys for Defendant Partisan Arts, Inc.*
11215 North Community House Rd.,
Suite 750
Charlotte, NC 28277
Phone: (980) 859-0380
Fax: (678) 539-1601
KDandy@hallboothsmith.com
LBrook@hallboothsmith.com