IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO.: 3:24-cv-00212-FDW-SCR

| | |
|---|---|
| Ty McBride and Mason Lane Entertainment LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>Hank Sacks; Partisan Arts, Inc.; and Selmona LLC,<br><br>        Defendants. | |

## NOTICE OF SETTLEMENT

Please be advised that the parties have reached a settlement of all claims. The Parties anticipate filing a Stipulation of Dismissal within thirty days of this Notice.

August 14, 2025.

                                       /s/ Anna C. Majestro
                                       Benjamin S. Chesson, N.C. Bar # 41923
                                       Anna C. Majestro, N.C. Bar # 50850
                                       BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP
                                       505 N. Church Street
                                       Charlotte, North Carolina 28202
                                       Telephone: 704.755.6010
                                       bchesson@brookspierce.com
                                       amajestro@brookspierce.com

                                       *Attorneys for Plaintiffs*