UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00212-FDW-SCR

| | |
|---|---|
| TY MCBRIDE, MASON LANE ENTERTAINMENT LLC, </br></br>    Plaintiffs, </br></br> v. </br></br> HANK SACKS, PARTISAN ARTS, INC., SELMONA LLC, </br></br>    Defendants. | **ORDER** |

**THIS MATTER** is before the Court *sua sponte* concerning the status of this case. On August 27, 2024, the Court entered an Order setting this matter for trial during the September 2025 trial term. (Doc. No. 33.) This Order explains "the filing of a Notice of Settlement does not stay or toll any deadlines, including trial." (Id. at 6.) On August 14, 2025, the parties filed a notice of settlement. (Doc. No. 64.) To date, the parties have not filed a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41. The parties must do so by 3:00 p.m. on September 4, 2025. Without a Stipulation of Dismissal, the Court intends to hold Docket Call as scheduled on September 8, 2025.

**IT IS THEREFORE ORDERED** that the parties must file a Stipulation of Dismissal, in accordance with Federal Rule of Civil Procedure 41, by 3:00 p.m. on September 4, 2025. Alternatively, Docket Call will take place on September 8, 2025.

**IT IS SO ORDERED**.

Signed: August 18, 2025

Frank D. Whitney
Senior United States District Judge