IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO.: 3:24-cv-00212-FDW-SCR

**Ty McBride and Mason Lane Entertainment LLC,**

      **Plaintiffs,**

v.

**Hank Sacks; Partisan Arts, Inc.; and Selmona LLC,**

      **Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. Rule Civ. P. 41(a)(1)(A), Plaintiffs Ty McBride and Mason Lane Entertainment LLC, and Defendants Hank Sacks, Partisan Arts, Inc., and Selmona LLC stipulate to the dismissal of all claims in the above-captioned case with prejudice. Each party shall bear its or his own costs and fees.

[Signature Page Follows]

September 4, 2025.

| | |
|---|---|
| /s/ Benjamin Chesson | /s/ Philip Hinson |
| Benjamin S. Chesson, N.C. Bar No. 41923 | Philip A. Hinson, N.C. No. Bar 42907 |
| Anna C. Majestro, N.C. Bar No. 50850 | LEWIS BRISBOIS BISGAARD & SMITH |
| BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP | 521 East Morehead Street, Suite 250 |
| 505 N. Church Street | Charlotte, North Carolina 28202 |
| Charlotte, North Carolina 28202 | Telephone: 704-557-9929 |
| Telephone: 704.755.6010 | Facsimile: 704-557-9932 |
| bchesson@brookspierce.com | Philip.Hinson@LewisBrisbois.com |
| amajestro@brookspierce.com | |
| *Attorneys for Ty McBride and Mason Lane Entertainment, LLC* | *Attorneys for Hank Sacks and Selmona LLC* |

/s/ Katherine Dandy
Katherine Dandy
Laura G. Brook
Hall Booth Smith, P.C.
11215 N. Community House Road
Suite 750
Charlotte, North Carolina 28277
kdandy@hallboothsmith.com
lbrook@hallboothsmith.com

*Attorneys for Partisan Arts, Inc.*